

6375 New Hope Road
New Hope, Kentucky
502-549-7020
502-549-5252 (fax)

June 27, 2022

Deborah S. Hunt
Office of the Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202-3988

**RE:** *Harpring et al. v. Louisville Jefferson County, KY Metro Government*
  **No. 22-5151**
  **Notice of Supplemental Authority**

To the Clerk of Court:

Pursuant to Fed. R. App. P. 28(j), undersigned counsel for Appellants Harpring and Kenney respectfully submits this notice of supplemental authority as it pertains to the Supreme Court's decision in *Hill v. Colorado*, 530 U.S. 703 (2000), a case cited and discussed by both parties in their briefing. *See* Pl. Br. at 34-37; Def. Br. at 16-19, 27-28; Pl. Reply at 14-17.

On June 24, 2022, the Supreme Court issued its decision in *Dobbs v. Jackson Women's Health Organization*, No. 19-13923, slip op. (U.S., June 24, 2022) (attached). In *Dobbs*, the Court reversed its prior decisions in *Roe v. Wade*, 410 U.S. 113 (1973) and *Planned Parenthood of Southeastern Pa. v. Casey*, 505 U.S. 833 (1992), and held that "[t]he Constitution does not prohibit the citizens of each State from regulating or prohibiting abortion." Slip op. at 79.

In its lengthy opinion, the Court pointed out how its "abortion cases" have worked great mischief in several jurisprudential areas, including facial constitutional

challenges, third-party standing doctrine, standard *res judicata* principles, and so forth. *Id.* at 63.

Relevant here, and specifically citing *Hill*, the Court also pointed out how these cases "have distorted First Amendment doctrines." *Id.* (citing *Hill*, 530 U.S. at 741-742 (2000) (Scalia, J., dissenting); *id.* at 765 (Kennedy, J., dissenting)).

While the Court did not explicitly overrule *Hill* in *Dobbs*, the fact that a five-member majority, in an opinion of the Court, has cast aspersions on that decision by saying it distorted First Amendment doctrine indicates that *Hill*'s precedential status has now been all but erased.

>
> Very truly yours,
> AMERICAN CENTER FOR LAW & JUSTICE
>
>
> /s/ Francis J. Manion
> Francis J. Manion
>
> *Counsel for Appellants Harpring and Kenney*

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2022, a true and accurate copy of the foregoing was electronically filed with the Court using the CM/ECF system. Service on counsel for all parties will be accomplished through the Court's electronic filing system.

s/ Francis J. Manion
Francis J. Manion
